**UNITED STATES of America,
Appellee,**

v.

**Rodney C. SHURTER, Appellant.**

**No. 01–2515.**

United States Court of Appeals,
Eighth Circuit.

Submitted Jan. 4, 2002.

Decided Jan. 14, 2002.

Before HANSEN, FAGG, and BEAM,
Circuit Judges.

PER CURIAM.

Rodney Shurter was convicted of conspiring to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846, and the district court[1] sentenced him to 188 months imprisonment and 5 years supervised release. On appeal, he argues that the jury did not properly find the drug quantity attributable to him, in violation of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), because the district court's jury instructions improperly allowed the jury to attribute to him quantities outside his knowledge and not in furtherance of the specific agreement with his co-conspirators. After careful review of the record, we affirm.

The district court's instruction, read as a whole, fairly and adequately reflected the applicable law and therefore was not erro-

1. The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

1. The HONORABLE MICHAEL J. DAVIS, United States District Judge for the District of

neous. *See United States v. Phelps*, 168 F.3d 1048, 1057 (8th Cir.1999). Accordingly, we affirm the judgment of the district court.

A true copy.